LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com

Attorneys for Defendants,
County of Sacramento, Shayn Bowen,
David Cuneo, and Melissa Frizzie

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| RAJESHREE BARTHOLOMEW,<br><br>    Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; SHAYN BOWEN, individually and in his official capacity as a sheriff's deputy for the COUNTY OF SACRAMENTO; DAVID CUNEO, individually and in his official capacity as a sheriff's deputy for the COUNTY OF SACRAMENTO; MELISSA FRIZZIE, individually and in her official capacity as a sheriff's deputy for the COUNTY OF SACRAMENTO; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>    Defendants. | Case No.: 2:22-CV-01385-TLN-JDP<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Plaintiff RAJESHREE BARTHOLOMEW (hereinafter "Plaintiff") and Defendants COUNTY OF SACRAMENTO, SHAYN BOWEN, DAVID CUNEO, AND MELISSA FRIZZIE (collectively "Defendants"), by and through their counsel of record (collectively "Parties"), hereby stipulate and request that the Court continue discovery and the pre-trial deadlines in this matter. Fact discovery is currently set to close on May 15, 2023, and the Parties

stipulate to a 90-day extension until August 15, 2023. (ECF No. 10.)  Good cause exists for the requested continuance and modification of the Scheduling Order pursuant to the Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. The Parties have exchanged initial Rule 26 disclosures and engaged in substantial written discovery.
2. Defendants intend to take the deposition of the Plaintiff and schedule an IME; however, Plaintiff is still receiving treatment for her injuries. Plaintiff's counsel believes Plaintiff may be done treating around May of 2023.
3. The Parties wish to engage in either a settlement conference or private mediation. The Parties believe the most efficient time for such proceeding is after Plaintiff's deposition and examination, but before depositions of Defendants.  Accordingly, the Parties propose to extend discovery deadlines in order to accommodate this timeline.
4. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Fact Discovery | May 15, 2023 | August 15, 2023 |
| Expert Witness Disclosure | July 14, 2023 | October 16, 2023 |
| Supplemental Expert Witness Disclosure | August 10, 2023 | November 10, 2023 |
| Dispositive Motions | November 13, 2023 | February 13, 2024 |

Dated: January 25, 2023                         LONGYEAR & LAVRA, LLP


                                                By:  /s/ Nicole M. Cahill
                                                        VAN LONGYEAR
                                                        NICOLE M. CAHILL
                                                        Attorneys for Defendants,
                                                        County of Sacramento, Shayn Bowen,
                                                        David Cuneo, and Melissa Frizzie

Dated: January 25, 2023                          LAW OFFICES OF JOHN BURRIS

                                                      By: /s/ L. Chike Odiwe [as authorized 1-20-23]
                                                            JOHN L. BURRIS
                                                            L. CHIKE ODIWE
                                                            BRANDON YEE
                                                            CHRISTOPHER DEAN
                                                            Attorneys for Plaintiff

## **ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

| Event | Schedule | New Schedule |
|---|---|---|
| Fact Discovery | May 15, 2023 | August 15, 2023 |
| Expert Witness Disclosure | July 14, 2023 | October 16, 2023 |
| Supplemental Expert Witness Disclosure | August 10, 2023 | November 10, 2023 |
| Dispositive Motions | November 13, 2023 | February 13, 2024 |

DATED:  January 25, 2023

                                                                      Troy L. Nunley
                                                                      United States District Judge